284

Mattie Jones, Appellee, v. Herman H. Goodfriend, Appellant.

Gen. No. 42,609.

opinion filed May 19, 1944. Clausen, Hirsh & Miller, for appellant; Alan Gould and Samuel J. Baskin, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.